**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


**SHERROD MILLER,**                                                    **CASE NO. 07-14575-IFP**

                        **Plaintiff,**

**v.**


**KAREN FOLKS,**

                        **Defendant.**
_____/


## ORDER


   Since the plaintiff's complaint does not comply with Fed. R. Civ. P. 8(a)(2), this Court

will give the plaintiff an opportunity to amend his complaint. Accordingly, IT IS

ORDERED THAT the Report and Recommendation dated 11/2/2007 is ADOPTED and

the plaintiff shall amend his complaint to the extent that he can assert any non-frivolous

claims. The Court will not consider the plaintiff's application to proceed in forma

pauperis at this time.


                                                s/John Feikens
                                                **John Feikens**
                                                **United States District Judge**


**Dated:  December 3, 2007**

**The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 3, 2007.**

**s/Carol Cohron**
**Deputy Clerk**