**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**SHERROD MILLER,**                    CASE NO. 07-14575
                                                  JUDGE JOHN FEIKENS
             **Plaintiff,**               MAG. JUDGE PAUL J. KOMIVES

**v.**

**KAREN FOLKS,**

             **Defendant.**
_____/

**ORDER ACCEPTING THE REPORT AND
RECOMMENDATION BY MAGISTRATE JUDGE PAUL J. KOMIVES**

   IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation is ACCEPTED. The court notes that there were no objections filed to the Report.

   The Plaintiff is ORDERED to amend his complaint and if he fails to do so the complaint will be dismissed. Furthermore the Plaintiff's Motion for Objection and the Motion for Continuance with a Stay are DENIED as premature. Plaintiff must amend his complaint by or before 6/30/2008.

                                                        s/John Feikens                
                                                        **John Feikens
                                                        United States District Judge**

**Dated: June 12, 2008**

**The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 12, 2008.**

**s/Carol Cohron**
**Deputy Clerk**